IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                             No. 97-10157-001, -002-JTM

MICHELLE LOUISE BANKS, *and*
SHEILA LYNN ALEXANDER,
    Defendants.

MEMORANDUM AND ORDER

For good cause shown, the court hereby grants the Petition (Dkt. 96) of Movant Oak Point Partners and hereby directs and authorizes the Clerk of the Court to release all restitution funds held in the Court's Unclaimed Funds account for victim Montgomery Wards to Claimant Oak Point Partners.

IT IS SO ORDERED this day of September, 2018.

                                                         J. Thomas Marten
                                                         J. THOMAS MARTEN, JUDGE